# Exhibit 1

*Native file to be produced to the Court*

## VNG - Header Improvement Project
### Cost To Date Analysis

| Level 3 | Level 4 | Costs to Date |
|---|---|---|
| A - Engineering | Corridor Study | |
| A - Engineering | Detailed Design | |
| A - Engineering | Front End Engineering & Design (FEED) [Compressor Stations] | |
| A - Engineering | Aerial Survey | |
| **A - Engineering Total** | | |
| B - Environmental | Legal Fees for Environmental Permitting | |
| B - Environmental | Due Diligence Environmental Services | |
| **B - Environmental Total** | | |
| C - Land | Land Survey | |
| C - Land | Land Acquisition Fees-Contract Land Track Lead | |
| C - Land | Land Acquisition Fees-Contract Land Agents | |
| C - Land | Land Acquisition Fees-Title | |
| C - Land | Legal costs - general easement and doc prep | |
| C - Land | Legal Fees for Land Acquisition | |
| C - Land | Easements/ROW Restoration | |
| **C - Land Total** | | |
| T - Overhead Allocations | Overhead Allocations | |
| **T - Overhead Allocations Total** | | |
| U - Management, Core Team, Support | Management, Core Team, Support (Internal Labor) | |
| U - Management, Core Team, Support | Legal Fees for CPCN Filing (External Legal) | |
| U - Management, Core Team, Support | Strategic Communications (includes Regulatory Notices & Advertising, Gov't Affairs Meeting Tracker) | |
| U - Management, Core Team, Support | Project Controls-Scheduling | |
| U - Management, Core Team, Support | Governmental Consulting | |
| **U - Management, Core Team, Support Total** | | |
| **Grand Total** | | 2,115,576.64 |