**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **VIRGINIA NATURAL GAS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-00066-MHL |
| ) | |
| **C4GT, LLC,** ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] JUDGMENT

This matter comes before the Court on Plaintiff Virginia Natural Gas, Inc.'s ("VNG") Motion for Default Judgment against Defendant C4GT, LLC ("C4GT"). (ECF No. ____.) The Court FINDS that C4GT has been duly and properly served with the Complaint, and that C4GT has failed to respond and is in default. The Court further FINDS that the Court has subject matter jurisdiction as to this matter, the Court has personal jurisdiction over C4GT, and that venue is proper. Finally, the Court FINDS that VNG's Complaint establishes all elements of its breach of contract claims against C4GT, and that VNG presented sufficient evidence to support its claimed damages.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Virginia Natural Gas, Inc. against Defendant C4GT, LLC, for:

1.  Damages in the amount of $2,115,576.64; and

2.  Pre-judgment interest calculated at _____% (annual rate equal to one hundred (100) basis points above the U.S. Prime Rate), from December 20, 2020, until the date of judgment.

The Clerk is REQUESTED to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

2

Dated: _____   _____
Richmond, Virginia   United States District Judge