IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VIRGINIA NATURAL GAS, INC.,**

    **Plaintiff,**

v.                                                                                   Civil Action No. 3:21cv66

**C4GT, LLC,**

    **Defendant.**

## **ORDER**

This matter comes before the Court on Plaintiff Virginia Natural Gas Inc.'s ("VNG") Motion for Default Judgment (the "Motion"). (ECF No. 15.) On February 4, 2021, VNG filed this one-count breach of contract action against Defendant C4GT, LLC ("C4GT"). (ECF No. 1.) On February 5, 2021, VNG properly served C4GT, (ECF No. 9), and C4GT did not respond to the Complaint. On March 2, 2021, VNG requested that the Clerk of Court enter default as to C4GT, (ECF No. 12), which the Clerk entered on March 12, 2021, (ECF No. 14). On May 6, 2021, VNG filed its Motion for Default Judgment (the "Motion"). (ECF No. 15.) The Court finds that VNG has successfully established personal jurisdiction over C4GT for the purposes of the Motion.

ACCORDINGLY, THE COURT HEREBY:

    1.    GRANTS the Motion, (ECF No. 15);

    2.    FINDS that the Court has jurisdiction over the Parties and subject matter of this case; that an order of default has been entered against C4GT; and, that VNG is entitled to default judgment against C4GT based on the well-pleaded facts of the Complaint;

3. ENTERS default judgment against C4GT for $2,115,576.64 for compensatory damages, attorneys' fees pursuant to Virginia Code § 59.1-206, and pre-judgment and post-judgment interest;

4. RETAINS jurisdiction over any matter pertaining to this judgment; and

5. DISMISSES this case, and the Clerk of Court shall remove it from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Let the Clerk send a copy of this Order to all counsel of record and C4GT at its address of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 6/16/2021
Richmond, Virginia